# EXHIBIT A

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| (THE) SUN AIN'T GONNA SHINE ANYMORE | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | PA0000059054 PA0000089828 |
| AMERICAN CRUCIFIXION RESURRECTION | JAKE HOLMES, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000785471 V2613P353 |
| AROUND AND AROUND ANDAROUNDANDAROUNDANDAROUND | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000721100 V3442D588 V2613P337 V2565P190 V2565P117 |
| BEGGARS PARADE | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000626960 |
| BEGGIN | PEGGY FARINA, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000721099 |
| BIG MAN IN TOWN | BOB GAUDIO | GAVADIMA MUSIC INC | RE0000585820 |
| BIG MAN'S WORLD | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000556045 |
| BREAK DOWN THE DOOR | ENOCH ANDERSON, BARRY MANILOW, BOB GAUDIO | ALL SEASONS MUSIC | PAu000331099 PA0000122823 |
| BROTHER TO BROTHER | BOB CREWE, JERRY CORBETTA, BOB GAUDIO | ALL SEASONS MUSIC | PAu002634418 |
| BYE BYE BABY | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000585855 |
| CAN'T TAKE MY EYES OFF YOU | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | PA0000059051 PA0000064434 |
| CHICKY CHICKY | BOB CREWE, WILLIAM E FABER, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000382469 V3473D512 |
| CLEARLY CANADIAN | GEORGE WILLIAM FOX, BOB GAUDIO | ALL SEASONS MUSIC | V3449D552 |
| COME BACK TO MY LOVE | JOHN BETTIS, BOB GAUDIO, JERRY CORBETTA | ALL SEASONS MUSIC | PA0000239331 PAu000690273 |
| CRY FOR ME | BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000678272 V3442D590 |
| DANGER | SANDY LINZER, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000585825 V2613P341 |
| DAUGHTER OF THE ROCKIES | GEORGE WILLIAM FOX, BOB GAUDIO | ALL SEASONS MUSIC | V3449D552 |
| DAWN GO AWAY | SANDY LINZER, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000606527 |
| DECEMBER 1963 OH WHAT A NIGHT | JUDY MARIE PARKER, BOB GAUDIO | SEASONS MUSIC CO | RE0000876429 V1756P348 |
| DEEP INSIDE YOUR LOVE | RAYMOND JESSEL, JERRY CORBETTA, BOB GAUDIO | NEW SEASONS MUSIC | PAu000735312 |
| DOCTOR DANCE | BOB CREWE, BOB GAUDIO | ALL SEASONS MUSIC | PAu000167923 |
| DON'T DREAM OF HIM | RUSSELL L BROWN, BOB GAUDIO | NEW SEASONS MUSIC | PAu002546268 |
| DON'T TAKE LOVE FOR GRANTED | FRED KOLLER, BOB GAUDIO | ALL SEASONS MUSIC | V2846P118 #4 |
| DYING LOVE | STEWART HARRIS, BOB GAUDIO | NEW SEASONS MUSIC | V3480D167 |
| EAST MEETS WEST | BOB CREWE, BOB GAUDIO | ALL SEASONS MUSIC | PAu000517268 |
| EVERYBODY KNOWS MY NAME | BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000626961 V3442D591 |
| FUNNY FACE | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000585828 V2613P341 |
| GIRL COME RUNNING | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000626906 V3442D592 |
| GOLDEN RIBBON | BOB GAUDIO | GAVADIMA MUSIC INC | RE0000556034 V2613P341 |
| GOODBYE GIRL | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000721102 V3442D592 |
| HARMONY PERFECT HARMONY | JUDY MARIE PARKER, BOB GAUDIO | SEASONS MUSIC CO | RE0000876427 |
| HE SURE BLESSED YOU | JUDY MARIE PARKER, BOB GAUDIO | SEASONS MUSIC CO | RE0000877466 |
| HEAVEN ABOVE ME | BOB CREWE, BOB GAUDIO | ALL SEASONS MUSIC | PA0000083145 PAu000152893 |
| HUGGIN MY PILLOW | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000585836 V2613P341 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| I HEARD A LOVE SONG | BRIT GAUDIO, BOB GAUDIO | SEASONS MUSIC CO | RE0000849050 |
| I MAKE A FOOL OF MYSELF | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | V3442D593 |
| I STILL CARE | BOB GAUDIO | SEASONS FOUR MUSIC | RE0000436569 V3520D828 |
| I WOULD BE IN LOVE | JAKE HOLMES, BOB GAUDIO | SEASONS MUSIC CO | EU160216 V3420D099 |
| IDAHO | JAKE HOLMES, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000752715 V2613P397 |
| INSIDE YOU | BOB CREWE, BOB GAUDIO | SEASONS MUSIC CO | RE0000876399 |
| ITCH | FRED KOLLER, BOB GAUDIO | ALL SEASONS MUSIC | V2846P118 #6 |
| JUST THE WAY YOU MAKE LOVE | JERRY CORBETTA, BOB GAUDIO | ALL SEASONS MUSIC | PA0000618894 |
| LAY ME DOWN WAKE ME UP | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000784733 |
| LET IT BE WHATEVER IT IS | BOB CREWE, BOB GAUDIO | ALL SEASONS MUSIC | PA0000083143 |
| LET LOOSE AND LOSE IT | PAUL JUSTMAN, BOB GAUDIO | ALL SEASONS MUSIC | PAu000690275 |
| LET THE LITTLE BOY SING | NEIL DIAMOND, BOB GAUDIO | ALL SEASONS MUSIC | PA0000000133 |
| LET'S RIDE AGAIN | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000627032 V3442D596 |
| LITTLE ANGEL | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000585819 V2613P345 |
| LITTLE BOY IN GROWN UP CLOTHES | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000666114 V3442D596 |
| LOVE ISN'T HERE LIKE IT USED TO BE | BRIT GAUDIO, BOB GAUDIO | SEASONS MUSIC CO | RE0000894019 |
| MARCIE | SANDY LINZER, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000556042 V2613P345 |
| MILLIE | BOB GAUDIO | GAVADIMA MUSIC INC | RE0000585845 V2613P345 |
| MY OLD PICK UP | FRED KOLLER, BOB GAUDIO | ALL SEASONS MUSIC | V2846P118 #7 |
| MYSTIC MR SAM | JUDY MARIE PARKER, BOB GAUDIO | SEASONS MUSIC CO | RE0000876559 |
| NIGHT HAWK | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000627033 V2613P345 |
| NO HASTA LA VISTA TONIGHT | GEORGE WILLIAM FOX, BOB GAUDIO | ALL SEASONS MUSIC | V3449D552 |
| NO SURFIN TODAY | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000556044 V2613P345 |
| OVER ME | JUDY MARIE PARKER, BOB GAUDIO | ALL SEASONS MUSIC | PA0000063576 |
| PAINTIN THE TOWN | BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000693255 V3442D599 |
| PROUD ONE | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000877409 V3442D602 |
| RAG DOLL | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | PA0000091862 |
| RONNIE | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000585850 V2613P349 |
| RUNNING A RISK | FRED KOLLER, BOB GAUDIO | ALL SEASONS MUSIC | V2830P402 |
| SASSY | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000618467 V3442D600 |
| SATURDAY'S FATHER | JAKE HOLMES, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000727775 V2613P397 |
| SAVE IT FOR ME | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000585826 V2613P349 |
| SEARCHING WIND | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000436640 V2613P349 V2450P476 V2604P392 |
| SHE'S ALL AMERICAN | JUDY MARIE PARKER, BOB GAUDIO | ALL SEASONS MUSIC | PAu000690272 |
| SHORT SHORTS | BILL DALTON, THOMAS AUSTIN, BOB GAUDIO, BILL CRANDALL | NEW SEASONS MUSIC | RE0000264449 V2368P461 |
| SHOW GIRL | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000622098 V3442D600 |
| SILENCE IS GOLDEN aka EL SILENCIO ES ORO | BOB CREWE, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000556043 V2613P349 |
| SILVER STAR | JUDY MARIE PARKER, BOB GAUDIO | SEASONS MUSIC CO | RE0000876430 |
| SLIP AWAY | JUDY MARIE PARKER, BOB GAUDIO | SEASONS MUSIC CO | RE0000876426 |
| SOMETHING'S ON HER MIND | JAKE HOLMES, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000785468 V2613P397 |
| SOUL | BOB CREWE, BOB GAUDIO | ALL SEASONS MUSIC | PA0000083144 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| SPIRIT OF LOVE | STEWART HARRIS, BOB GAUDIO | NEW SEASONS MUSIC | V3480D167 |
| STATE OF MY HEART | BOB GAUDIO | ALL SEASONS MUSIC | PAu000690276 |
| STONE LIBERTY | KATHLEEN WAKEFIELD, BOB GAUDIO | SEASONS MUSIC CO | RE0000836249 |
| STORYBOOK LOVERS | JUDY MARIE PARKER, BOB GAUDIO | SEASONS MUSIC CO | RE0000876425 |
| SUN COUNTRY | BOB GAUDIO | SEASONS MUSIC CO | RE0000817747 |
| THIS IS GOODBYE aka CE N EST QU UN AU REVOIR | BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000669774 V3442D603 |
| THIS TIME | BOB CREWE, BOB GAUDIO | ALL SEASONS MUSIC | PA0000443473 |
| TILL YOUR EYES TURN BLUE | KOSTAS LAZARIDES, BOB GAUDIO | NEW SEASONS MUSIC | V3391P360 |
| TO GIVE IS THE REASON I LIVE | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | PA0000059052 |
| TOO MANY MEMORIES | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000618469 V3442D603 |
| TOY SOLDIER | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000618475 V3442D603 |
| TRANCE | BOB GAUDIO | SEASONS FOUR MUSIC | RE0000436564 V3520D828 |
| TROUBLE WITH ME | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000699099 V3442D603 |
| WALL STREET VILLAGE DAY | JAKE HOLMES, BOB GAUDIO | GAVADIMA MUSIC INC | RE0000785469 V2613P397 |
| WATCH WHERE YOU WALK | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000699120 V3442D604 |
| WEAR AND TEAR ON MY HEART | GEORGE WILLIAM FOX, BOB GAUDIO | ALL SEASONS MUSIC | V3449D552 |
| WE'LL BE MAKIN OUT | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | EU938952 V3442D604 |
| WE'RE READY NOW | BOB GAUDIO | ALL SEASONS MUSIC | PAu000690271 |
| WE'VE GOT THE REAL THING | VALERIE R SIMPSON, BOB GAUDIO, NICKOLAS ASHFORD | ALL SEASONS MUSIC | PAu000690274 |
| WHAT ABOUT TOMORROW | BOB CREWE, BOB GAUDIO | ALL SEASONS MUSIC | PA0000270187 PAu000484842 |
| WHEN SOMEONE TEARS YOUR HEART | MADELINE C STONE, BOB GAUDIO | ALL SEASONS MUSIC | PA0000550316 |
| WHEN THE MORNING COMES | BOB GAUDIO | SEASONS MUSIC CO | RE0000817748 |
| WHEN WILL I COME HOME TO YOU | KATHLEEN WAKEFIELD, AL RUZICKA, BOB GAUDIO | SEASONS MUSIC CO | RE0000836322 |
| WHO LOVES YOU | JUDY MARIE PARKER, BOB GAUDIO | SEASONS MUSIC CO | RE0000877570 V1674P504 |
| WHY | JUDY MARIE PARKER, BOB GAUDIO | SEASONS MUSIC CO | RE0000877469 |
| WITH MY EYES WIDE OPEN | BOB CREWE, BOB GAUDIO | SEASONS MUSIC CO | RE0000876400 |
| YOU CAN'T STOP ME FROM LOVING YOU | KOSTAS LAZARIDES, BOB GAUDIO | NEW SEASONS MUSIC | V3403D863 |
| YOU'RE A SONG | BRIT GAUDIO, BOB GAUDIO | SEASONS MUSIC CO | RE0000817749 |
| YOU'RE LOOKIN LIKE LOVE TO ME | BOB CREWE, JERRY CORBETTA, BOB GAUDIO | ALL SEASONS MUSIC | PA0000206919 PAu000484841 PA0000225917 |
| YOU'RE NOT A STRANGER ANYMORE | ALAN SILVESTRI, JUDY MARIE PARKER, BOB GAUDIO, MIKE CURB | ALL SEASONS MUSIC | PA0000398428 |
| YOU'RE READY NOW | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | PA0000059055 |