# EXHIBIT B

| Exhibit B Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| LAY ME DOWN WAKE ME UP | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000784733 |
| STATE OF MY HEART | BOB GAUDIO | ALL SEASONS MUSIC | PAu000690276 |
| WHEN WILL I COME HOME TO YOU | KATHLEEN WAKEFIELD, AL RUZICKA, BOB GAUDIO | SEASONS MUSIC CO | RE0000836322 |
| WITH MY EYES WIDE OPEN | BOB CREWE, BOB GAUDIO | SEASONS MUSIC CO | RE0000876400 |