# EXHIBIT C

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| BROTHER TO BROTHER | BOB CREWE, JERRY CORBETTA, BOB GAUDIO | ALL SEASONS MUSIC | PAu002634418 |
| CHICKY CHICKY | BOB CREWE, WILLIAM E FABER, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000382469 V3473D512 |
| COME BACK TO MY LOVE | JOHN BETTIS, BOB GAUDIO, JERRY CORBETTA | ALL SEASONS MUSIC | PA0000239331 PAu000690273 |
| DAUGHTER OF THE ROCKIES | GAUDIO | ALL SEASONS MUSIC | V3449D552 |
| DEEP INSIDE YOUR LOVE | RAYMOND JESSEL, JERRY CORBETTA, BOB GAUDIO | NEW SEASONS MUSIC | PAu000735312 |
| DOCTOR DANCE | BOB CREWE, BOB GAUDIO | ALL SEASONS MUSIC | PAu000167923 |
| DON'T DREAM OF HIM | RUSSELL L BROWN, BOB GAUDIO | NEW SEASONS MUSIC | PAu002546268 |
| DON'T TAKE LOVE FOR GRANTED | FRED KOLLER, BOB GAUDIO | ALL SEASONS MUSIC | V2846P118 #4 |
| DYING LOVE | STEWART HARRIS, BOB GAUDIO | NEW SEASONS MUSIC | V3480D167 |
| I WOULD BE IN LOVE | JAKE HOLMES, BOB GAUDIO | SEASONS MUSIC CO | EU160216 V3420D099 |
| ITCH | FRED KOLLER, BOB GAUDIO | ALL SEASONS MUSIC | V2846P118 #6 |
| LET LOOSE AND LOSE IT | PAUL JUSTMAN, BOB GAUDIO | ALL SEASONS MUSIC | PAu000690275 |
| MY OLD PICK UP | FRED KOLLER, BOB GAUDIO | ALL SEASONS MUSIC | V2846P118 #7 |
| NIGHT HAWK | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000627033 V2613P345 |
| NO HASTA LA VISTA TONIGHT | GAUDIO | ALL SEASONS MUSIC | V3449D552 |
| PAINTIN THE TOWN | BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000693255 V3442D599 |
| RUNNING A RISK | FRED KOLLER, BOB GAUDIO | ALL SEASONS MUSIC | V2830P402 |
| SASSY | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000618467 V3442D600 |
| SHE'S ALL AMERICAN | JUDY MARIE PARKER, BOB GAUDIO | ALL SEASONS MUSIC | PAu000690272 |
| SPIRIT OF LOVE | STEWART HARRIS, BOB GAUDIO | NEW SEASONS MUSIC | V3480D167 |
| THIS IS GOODBYE aka CE N EST QU UN AU REVOIR | BOB GAUDIO | SEASONS FOUR MUSIC CORP | RE0000669774 V3442D603 |
| TILL YOUR EYES TURN BLUE | KOSTAS LAZARIDES, BOB GAUDIO | NEW SEASONS MUSIC | V3391P360 |
| TRANCE | BOB GAUDIO | SEASONS FOUR MUSIC | RE0000436564 V3520D828 |
| WE'LL BE MAKIN OUT | BOB CREWE, BOB GAUDIO | SEASONS FOUR MUSIC CORP | EU938952 V3442D604 |
| WE'RE READY NOW | BOB GAUDIO | ALL SEASONS MUSIC | PAu000690271 |
| WE'VE GOT THE REAL THING | VALERIE R SIMPSON, BOB GAUDIO, NICKOLAS ASHFORD | ALL SEASONS MUSIC | PAu000690274 |
| YOU CAN'T STOP ME FROM LOVING YOU | KOSTAS LAZARIDES, BOB GAUDIO | NEW SEASONS MUSIC | V3403D863 |
| YOU'RE NOT A STRANGER ANYMORE | ALAN SILVESTRI, JUDY MARIE PARKER, BOB GAUDIO, MIKE CURB | ALL SEASONS MUSIC | PA0000398428 |