# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BLUEWATER MUSIC SERVICES CORPORATION, et al.,** ) <br> Plaintiff(s) ) <br> ) <br> v. ) <br> ) <br> **SPOTIFY USA INC.,** ) <br> Defendant(s) ) | **Case No. 3:17-cv-1051** <br> **Judge McCalla /Frensley** |
| **ROBERT GAUDIO, et al.** ) <br> Plaintiff(s) ) <br> ) <br> v. ) <br> ) <br> **SPOTIFY USA INC.,** ) <br> Defendant(s) ) | **Case No. 3:17-cv-1052** <br> **Judge McCalla / Frensley** |
| **A4V DIGITAL, INC., et al.** ) <br> Plaintiff(s) ) <br> ) <br> v. ) <br> ) <br> **SPOTIFY USA INC.,** ) <br> Defendant(s) ) | **Case No. 3:17-cv-1256** <br> **Judge McCalla / Frensley** |

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES AND AMEND INITIAL CASE MANAGEMENT ORDER

Before the Court is the parties' JOINT MOTION TO AMEND INITIAL CASE MANAGEMENT ORDER AND EXTEND CERTAIN DISCOVERY DEADLINES. Having shown the parties have agreed and stipulated to the relief requested therein, the Court ORDERS:

1

1. Paragraph 7(a) of the combined Initial Case Management Order is amended to read as follows: The parties shall exchange initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) in Bluewater, Gaudio and A4V within 37 days from entry of the Initial Case Management Order;

2. Paragraph 7(b) of the combined Initial Case Management Order is amended to read as follows: Discovery is stayed pending Judge McCalla's ruling on pending dispositive motions, with exception to: Defendant shall respond to outstanding discovery by February 26, 2018; and the parties are allowed to conduct limited discovery on the issue of Standing, with Plaintiffs to respond to Defendant's standing related document requests by February 26, 2018.

3. Paragraph 8 of the combined Initial Case Management Order is amended to read as follows: The deadline for the filing of dispositive motions shall be August 2, 2019. Responses to dispositive motions shall be filed within 28 days after the filing of the motion. Briefs or memoranda of law in support of or in opposition to a dispositive motion shall not exceed 25 pages. Optional replies may be filed within 14 days after the filing of the response and shall not exceed 10 pages, absent Court permission for a longer pleading. If the parties consent to longer pleadings, the parties shall file a Joint Motion setting out the requested page limits. If dispositive motions are filed before the August 2, 2019 deadline, the response and reply dates are moved up accordingly.

4. Paragraph 13 of the combined Initial Case Management Order is amended to read as follows: The parties will make, at least, two good faith attempts to resolve the case. The first attempt to resolve the case, which shall consist of informal discussions between counsel as to potentially appropriate alternative dispute mechanisms, shall occur by May 15, 2018. The parties will also discuss the appropriateness of alternative dispute resolution at the end of discovery and at other times throughout litigation if events provide opportunity to discuss potential alternative

dispute resolution. The parties will make another good faith attempt to resolve the case, which shall consist of informal discussions between counsel as to potentially appropriate alternative dispute mechanisms, before the deadline for filing dispositive motions, August 2, 2019.

5. Paragraph 16 of the combined Initial Case Management Order is amended to read as follows: These cases are to be tried by separate juries. Plaintiffs anticipate the trial for each individual matter will take approximately 8-10 trial days. Defendant anticipates the trial for each matter will take approximately 5 trial days. The first trial date will be January 13, 2020.

DONE AND ORDERED this ___ day of February 2018.

_____
Magistrate Judge Frensley