# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BLUEWATER MUSIC SERVICES CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) SPOTIFY USA INC., ) ) Defendant. ) | Case No. 3:17-cv-01051 Judge McCalla/Frensley |

| | |
|---|---|
| ROBERT GAUDIO, et al., ) ) ) Plaintiffs, ) ) v. ) ) SPOTIFYU USA INC., ) ) Defendant. ) | Case No. 3:17-cv-01052 Judge McCalla/Frensley |

| | |
|---|---|
| A4V DIGITAL, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) SPOTIFY USA INC., ) ) Defendant. ) | Case No. 3:17-cv-01256 Judge McCalla/Frensley |

| | |
|---|---|
| ROBERTSON, et al., ) ) ) Plaintiffs, ) ) v. ) ) SPOTIFY USA INC., ) ) Defendant. ) | Case No. 3:17-cv-01616 Judge McCalla/Frensley |

# ORDER

Defendant Spotify USA Inc. ("Spotify") has filed a Motion for Protective Order. Docket No. 127. Plaintiffs have responded, characterizing their response as an "Emergency Response," and requesting that the Court take immediate action. Docket No. 130. Citing the upcoming fact discovery deadline of January 17, 2019, Plaintiffs "ask that the Court rule on this Motion as soon as possible, or in the alternative, set this matter for a telephone hearing, or at least order that Spotify's Reply Brief be due within five days so the Court can resolve the issue quickly." *Id.* at 2.

Given the quick approach of the discovery deadline, as well as other deadlines in this matter that depend on the conclusion of discovery, the Court agrees that the issue of Spotify's requested protective order should be settled quickly. Therefore, if Spotify would like to file a reply brief on its Motion for Protective Order, the Court orders that any such brief must be filed on or before Friday, November 23, 2018.

IT IS SO ORDERED.

Jeffery S. Frensley
United States Magistrate Judge