# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BLUEWATER MUSIC SERVICES CORPORATION,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **SPOTIFY USA INC.,** ) <br> ) <br>     **Defendant.** ) | **Case No. 3:17-cv-01051** <br> **Judge McCalla/Frensley** |
| **ROBERT GAUDIO, et al.,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **SPOTIFY USA INC.,** ) <br> ) <br>     **Defendant.** ) | **Case No. 3:17-cv-01052** <br> **Judge McCalla/Frensley** |
| **A4V DIGITAL, INC., et al.,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **SPOTIFY USA INC.,** ) <br> ) <br>     **Defendant.** ) | **Case No. 3:17-cv-01256** <br> **Judge McCalla/Frensley** |
| **ROBERTSON, et al.,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **SPOTIFY USA INC.,** ) <br> ) <br>     **Defendant.** ) | **Case No. 3:17-cv-01616** <br> **Judge McCalla/Frensley** |

# **ORDER**

Non-party The Harry Fox Agency LLC ("HFA") has filed a Motion "For Permission to Intervene for the Limited Purpose of Opposing Plaintiffs' Request to Disclose Proprietary Information and to Join Defendant Spotify's Motion for Protective Order." Docket No. 132. HFA has also filed a Supporting Memorandum of Law and a Supplemental Supporting Memorandum of Law. Docket Nos. 133, 141. HFA's Motion is related to the Motion for Protective Order that has been filed by Defendant Spotify USA Inc. ("Spotify"). Docket No. 127. Plaintiffs have requested that the Court take immediate action regarding the Motion for Protective Order, characterizing the situation as an emergency. Docket No. 130. Given the quick approach of the discovery deadline, as well as other deadlines in this matter that depend on the conclusion of discovery, the Court has agreed that the issue of Spotify's requested protective order should be settled quickly. *See* Docket No. 136. HFA's Motion for Permission to Intervene must be resolved before the Court can address Spotify's Motion for Protective Order. Therefore, if any Party would like to file a response to HFA's Motion (Docket No. 132), the Court orders that any such response must be filed on or before Monday, November 26, 2018.

IT IS SO ORDERED.

_____
Jeffery S. Frensley
United States Magistrate Judge