# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| BLUEWATER MUSIC SERVICES CORPORATION, et al. <br>       Plaintiff(s), <br><br> v. <br><br> SPOTIFY USA INC., <br><br>       Defendant. | Case No. 3:17-cv-1051 <br><br> District Judge Jon Phipps McCalla <br><br> Magistrate Judge Jeffrey S. Frensley |
| ROBERT GAUDIO, et al. <br>       Plaintiff(s), <br><br> v. <br><br> SPOTIFY USA INC., <br><br>       Defendant. | Case No. 3:17-cv-1052 <br><br> District Judge Jon Phipps McCalla <br><br> Magistrate Judge Jeffrey S. Frensley |
| A4V DIGITAL, INC., et al. <br>       Plaintiff(s), <br><br> v. <br><br> SPOTIFY USA INC., <br><br>       Defendant. | Case No. 3:17-cv-1256 <br><br> District Judge Jon Phipps McCalla <br><br> Magistrate Judge Jeffrey S. Frensley |

Case 3:17-cv-01052   Document 91   Filed 04/19/19   Page 1 of 4 PageID #: 2509

**PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENTS AND THE
DECLARATION OF SIDNEY P. BLUM**

Comes now Plaintiffs Bluewater Music Services Corporation, *et. al.*; Robert Gaudio, *et al.*; A4V Digital, Inc., *et. al.* hereinafter (collectively "Plaintiffs") and gives this Notice of Filing of Sealed Documents, the "Reports." Pursuant to the Court's Order during the telephonic hearing on April 17, 2019 and the minute entry in Case No. 3:17-cv-1052 entered on April 19, 2019, the Court ordered Plaintiffs to file Expert Reports and related documents. Plaintiffs will file under seal the Expert Reports of Bob Kohn, David Drews, William J. Roberts, Jr., and Sidney P. Blum (the "Expert Reports") submitted to Spotify USA, Inc. on February 27, 2019 in *Robert Gaudio, et al. v. Spotify USA, Inc*. Plaintiffs will additionally file under seal the Rebuttal Expert Reports of Bob Kohn, David Drews, and Sidney P. Blum (the "Rebuttal Expert Reports") submitted to Spotify USA, Inc. on April 10, 2019 in *Robert Gaudio, et al. v. Spotify USA, Inc*.

Plaintiffs also file the Declaration of Sidney P. Blum. Plaintiffs rely on the Declaration of Sidney P. Blum, the Reports filed herewith under seal, and the record as it stands in this case in support of Plaintiffs' Motion To Compel Further Responses To Plaintiffs' Third Set Of Requests For Production Of Documents and Supporting Memorandum of Law (Doc. 148-149).

Dated: April 19, 2019                              Respectfully submitted,


                                                   By: /s/ Richard S. Busch_____
                                                   Richard S. Busch (TN BPR # 14594)
                                                   Joshua D. Wilson (TN BPR # 031486)
                                                   315 Union Street, Suite 1100
                                                   Nashville, Tennessee 37201
                                                   Telephone:      615-726-5422
                                                   Facsimile:      615-726-5417
                                                   rbusch@kingballow.com
                                                   jwilson@kingballow.com

                                                   *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiffs' Notice of Filing Sealed Documents and the Declaration of Sidney P. Blum has been served upon the following parties in this matter using the ECF system this 19th day of April, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following:

MILLER LEGAL PARTNERS PLLC
Samuel F. Miller (TN BPR #22936)
A. Grace Van Dyke James (TN BPR #35667)
Nicholas R. Valenti (TN BPR # 35420)
Fifth Third Center
424 Church Street, Suite 2000
Nashville, Tennessee 37219
Telephone: (615) 988-9011
Facsimile: (615) 988-9559
Email: smiller@millerlegalpartners.com
Email: gjames@millerlegalpartners.com
Email: nvalenti@illerlegalpartners.com

SIMPSON THACHER & BARTLETT LLP
Jeffrey E. Ostrow (CA #213118, Admitted Pro Hac Vice)
Harrison Frahn (CA #206822, Admitted Pro Hac Vice)
Michael Joshi (CA # 302184, Admitted Pro Hac Vice)
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (212) 4552502
Email: jostrow@stblaw.com
Email: hfrahn@stblaw.com
Email: michael.joshi@stblaw.com

Christopher J. Sprigman (NY #CS7310, Admitted Pro Hac Vice)
Sarah Sheridan (NY #SS7628, Admitted Pro Hac Vice)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-7844
Facsimile: (212) 455-2502
Email: christopher.sprigman@stblaw.com
Email: sarah.sheridan@stblaw.com

SHACKLEFORD, BOWEN, MCKINLEY & NORTON, LLP
Jay S. Bowen (TN BPR #2649)
Lauren E. Kilgore, (TN BPR #30219)
47 Music Square East
Nashville, TN 37203
Telephone: 615-329-4440
Facsimile: 615-329-4485
Email: jbowen@shackelfordlaw.net
Email: lkilgore@shackelfordlaw.net

/s/ Richard S. Busch_____
*Attorney for Plaintiffs*

3